UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNIL SUDUNAGUNTA, Individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>NANTKWEST, INC., PATRICK SOON-SHIONG, RICHARD GOMBERG, BARRY J. SIMON, STEVE GORLIN, MICHAEL D. BLASZYK, HENRY JI, RICHARD KUSSEROW, JOHN T. POTTS, JR., ROBERT ROSEN, JOHN C. THOMAS JR., MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., CITIGROUP GLOBAL MARKETS INC., JEFFERIES LLC, PIPER JAFFRAY & CO., and MLV & CO., LLC.,<br>　　　　　　Defendants. | Case No. 16-cv-01947-MWF-JEM<br><br>Consolidated with<br>2:16-cv-3438-MWF-JFM<br><br><u>CLASS ACTION</u><br><br>**ORDER REGARDING BRIEFING OF LEAD PLAINTIFFS' ANTICIPATED MOTION FOR CLASS CERTIFICATION** |

ORDER
CASE NO. 16-cv-01947-MWF-JEM

The Court, having considered the Parties' Stipulation Regarding Briefing of Lead Plaintiffs' Anticipated Motion for Class Certification, **HEREBY ORDERS** as follows:

1. There is good cause to extend the briefing of class certification by one month.

2. Lead Plaintiffs shall move for class certification on or before **April 2, 2018**.

3. Defendants shall file any opposition(s) to class certification on or before **May 30, 2018**.

4. Lead Plaintiffs shall file any reply in support of class certification on or before **July 2, 2018**.

5.  The hearing on the Motion for Class Certification shall be noticed for July 30, 2018, at 10:00 a.m.

**IT IS SO ORDERED.**

Dated:  February 8, 2018_____

MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE