UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.      **CV 16-1947-MWF(JEMx)**                    Dated: **September 25, 2018**

Title:        Sunil Sudunagunta -*v*- Nantkwest, Inc., et al.

PRESENT:   HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

    Cheryl Wynn                                                None Present
    Relief Courtroom Deputy                                    Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

    None Present                                               None Present

PROCEEDINGS (IN CHAMBERS):         ORDER TO SHOW CAUSE

    In light of the Notice of Settlement filed September 24, 2018, the Court sets a hearing on Order To Show Cause Re Dismissal for **November 26, 2018 at 11:30 a.m.** If the motion for preliminary approval of settlement is filed prior to this date, the show cause hearing will be taken off calendar and no appearance is needed. *All other dates are hereby vacated.*

    **IT IS SO ORDERED.**