1  Robert V. Prongay (SBN 270796)
   Kara M. Wolke (SBN 241521)
2  **GLANCY PRONGAY & MURRAY LLP**
   1925 Century Park East, Suite 2100
3  Los Angeles, California 90067
   Telephone: (310) 201-9150
4  E-mail: kwolke@glancylaw.com

5  Jennifer Pafiti (SBN 282790)
   **POMERANTZ LLP**
6  468 North Camden Drive
   Beverly Hills, CA 90210
7  Telephone:  (818) 532-6449
   E-mail: jpafiti@pomlaw.com
   [Additional Counsel on Signature Page]
8
   *Attorneys for Class Plaintiffs*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNIL SUDUNAGUNTA, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NANTKWEST, INC., PATRICK SOON-SHIONG, RICHARD GOMBERG, BARRY J. SIMON, STEVE GORLIN, MICHAEL D. BLASZYK, HENRY JI, RICHARD KUSSEROW, JOHN T. POTTS, JR., ROBERT ROSEN, JOHN C. THOMAS JR., MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., CITIGROUP GLOBAL MARKETS INC., JEFFERIES LLC, PIPER JAFFRAY & CO., and MLV & CO., LLC.,<br><br>Defendants. | Case No. 16-cv-01947-MWF-JEM<br><br>Consolidated with<br>2:16-cv-3438-MWF-JFM<br><br><u>CLASS ACTION</u><br><br>**CLASS PLAINTIFFS' NOTICE OF UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND NOTICE TO THE SETTLEMENT CLASS**<br><br>Date: December 10, 2018<br>Time: 10:00 a.m.<br>Before: Hon. Michael Fitzgerald<br>Courtroom: 5A |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that on December 10, 2018, at 10:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 5A of the Honorable Michael W. Fitzgerald, United States District Judge for the Central District of California, located at 350 West First Street, Los Angeles, California, Class Plaintiffs Donald Hu and Brayton Li ("Class Plaintiffs") will, and hereby do, move this Court for an Order preliminarily approving the proposed settlement, approving the form and manner of notice of the proposed settlement to the Class, and scheduling a final approval hearing for a date at the Court's convenience. The Defendants in the Action do not oppose the relief requested by this motion.

This Motion is based on this Notice of Motion, the accompanying Memorandum of Law, the accompanying Declaration of David J. Stone, the pleadings and other filings in this matter, and other evidence and argument that may be presented prior to the Court's decision on this Motion. Pursuant to L.R. 7-3, a conference of counsel took place on November 8, 2018.

| | | |
|---|---|---|
| 1 | Dated: November 9, 2018 | Respectfully submitted, |
| 2 | | **GLANCY PRONGAY &  MURRAY LLP** |
| 3 | | |
| | | By: */s/ Kara M. Wolke* |
| 4 | | Robert V. Prongay |
| | | Kara M. Wolke |
| 5 | | 1925 Century Park East, Suite 2100 |
| | | Los Angeles, California 90067 |
| 6 | | Telephone: (310) 201-9150 |
| | | E-mail: rprongay@glancylaw.com |
| 7 | |          kwolke@glancylaw.com |
| 8 | | *Liaison Counsel for Class Plaintiffs* |
| | | **POMERANTZ LLP** |
| 9 | | Jennifer Pafiti (SBN 282790) |
| | | 468 North Camden Drive |
| 10 | | Beverly Hills, CA 90210 |
| | | Telephone: (818) 532-6449 |
| 11 | | E-mail: jpafiti@pomlaw.com |
| 12 | | Patrick V. Dahlstrom |
| | | Joshua B. Silverman |
| 13 | | Omar Jafri |
| | | Ten South La Salle Street, Suite 3505 |
| 14 | | Chicago, Illinois 60603 |
| | | Telephone: (312) 377-1181 |
| 15 | | E-mail: pdahlstrom@pomlaw.com |
| | |          jbsilverman@pomlaw.com |
| 16 | |          ojafri@pomlaw.com |
| 17 | | **BRAGAR EAGEL &  SQUIRE P.C.** |
| | | David J. Stone (SBN 208961) |
| 18 | | Marion C. Passmore (SBN 228474) |
| | | Melissa A. Fortunato (SBN 319767) |
| 19 | | 885 Third Avenue, Suite 3040 |
| | | New York, New York 10022 |
| 20 | | Telephone: (212) 308-5858 |
| | | Email: stone@bespc.com |
| 21 | |          passmore@bespc.com |
| | |          fortunato@bespc.com |
| 22 | | *Co-Lead Counsel for Class Plaintiffs* |

MEMORANDUM OF LAW IN SUPPORT OF UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF
CLASS ACTION SETTLEMENT AND NOTICE TO THE SETTLEMENT CLASS

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old. On November 9, 2018, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this November 9, 2018, at Los Angeles, California.

*/s/ Kara M. Wolke*
Kara M. Wolke