| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | FEB 20 2019 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

SUNIL SUDUNAGUNTA, Individually and on Behalf of All Others Similarly Situated; et al.,

        Plaintiffs-Respondents,

 v.

NANTKWEST, INC.,; et al.,

        Defendants-Petitioners.

No. 18-80101

D.C. No. 2:16-cv-01947-MWF-JEM
Central District of California, Los Angeles

ORDER

The Court has received the parties' joint status report (Docket Entry No. 17). Appellate proceedings remain stayed pending the district court's final approval of settlement or until further order of this court.

The parties shall file a status report or other appropriate motion on or before May 6, 2019 that includes any change in the status of the district court settlement proceedings. Failure to file a status report may terminate the stay of appellate proceedings.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Caitlin Zittkowski
Deputy Clerk
Ninth Circuit Rule 27-7