Robert V. Prongay (SBN 270796)
Kara M. Wolke (SBN 241521)
Vahe Mesropyan (SBN 307244)
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
E-mail: kwolke@glancylaw.com

Jennifer Pafiti (SBN 282790)
**POMERANTZ LLP**
468 North Camden Drive
Beverly Hills, CA 90210
Telephone: (818) 532-6449
E-mail: jpafiti@pomlaw.com

[Additional Counsel on Signature Page]
*Attorneys for Class Plaintiffs*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNIL SUDUNAGUNTA, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NANTKWEST, INC., PATRICK SOON-SHIONG, RICHARD GOMBERG, BARRY J. SIMON, STEVE GORLIN, MICHAEL D. BLASZYK, HENRY JI, RICHARD KUSSEROW, JOHN T. POTTS, JR., ROBERT ROSEN, JOHN C. THOMAS JR., MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., CITIGROUP GLOBAL MARKETS INC., JEFFERIES LLC, PIPER JAFFRAY & CO., and MLV & CO., LLC.,<br><br>Defendants. | Case No. 16-cv-01947-MWF-JEM<br><br>Consolidated with<br>2:16-cv-3438-MWF-JFM<br><br><u>CLASS ACTION</u><br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR (i) AWARD OF ATTORNEYS' FEES, (ii) REIMBURSEMENT OF LITIGATION EXPENSES, AND (iii) PLAINTIFFS' AWARDS**<br><br>Date:     April 29, 2019<br>Time:    10:00 a.m.<br>Before:  Hon. Michael Fitzgerald<br>Courtroom: 5A |

MOTION FOR ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES AND PLAINTIFFS' AWARDS

**PLEASE TAKE NOTICE** that, on April 29, 2019, at 10:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 5A of the Honorable Michael W. Fitzgerald, United States District Judge for the Central District of California, located at 350 West First Street, Los Angeles, California, Class Counsel, Pomerantz LLP, Bragar Eagel & Squire P.C., and Glancy Prongay & Murray LLP, will and hereby does move the Court for entry of an Order awarding attorneys' fees and reimbursement of litigation expenses (the "Motion").

This Motion is supported by the following Memorandum of Points and Authorities set forth below, the accompanying Joint Declaration of Joshua B. Silverman and David J. Stone in Support of (1) Motion for Final Approval of Class Action Settlement and Plan of Allocation, and (2) Motion for an Award of Attorneys' Fees, Reimbursement of Litigation Expenses, and Awards for Plaintiffs (the "Joint Declaration") and the exhibits filed therewith, the pleadings and other filings in this Action, and other evidence and argument that may be presented prior to the Court's decision on this Motion.

Pursuant to Local Rule 7-3, Class Plaintiffs conferred with Defendants prior to filing this Motion. Defendants do not oppose the relief requested by this Motion.

### STATEMENT OF ISSUES TO BE DECIDED

1. Whether Class Counsel's application for attorneys' fees of 25% of the Gross Settlement Fund, should be approved in connection with the final approval of the Settlement.

2. Whether Class Counsel should be reimbursed for reasonable litigation expenses that were necessarily incurred to achieve the benefit obtained.

3. Whether Lead Plaintiffs and Class Representatives, Donald Hu and Brayton Li, are entitled to an award in the amount of $7,500 each.

MOTION FOR ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES
AND PLAINTIFFS' AWARDS                    1

| | | |
|---|---|---|
| 1 | Dated: April 8, 2019 | **GLANCY PRONGAY & MURRAY LLP** |
| 2 | | By: *s/Kara M. Wolke* |
| 3 | | Robert V. Prongay |
| | | Kara M. Wolke |
| 4 | | 1925 Century Park East, Suite 2100 |
| 5 | | Los Angeles, California 90067 |
| | | Telephone: (310) 201-9150 |
| 6 | | E-mail: rprongay@glancylaw.com |
| 7 | | kwolke@glancylaw.com |
| 8 | | |
| | | *Liaison Counsel for Class Plaintiffs* |
| 9 | | |
| 10 | | **POMERANTZ LLP** |
| | | Jennifer Pafiti (SBN 282790) |
| 11 | | 468 North Camden Drive |
| 12 | | Beverly Hills, CA 90210 |
| | | Telephone: (818) 532-6449 |
| 13 | | E-mail: jpafiti@pomlaw.com |
| 14 | | |
| 15 | | Patrick V. Dahlstrom |
| | | Joshua B. Silverman |
| 16 | | Omar Jafri |
| 17 | | Ten South La Salle Street, Suite 3505 |
| | | Chicago, Illinois 60603 |
| 18 | | Telephone: (312) 377-1181 |
| 19 | | E-mail: pdahlstrom@pomlaw.com |
| | | jbsilverman@pomlaw.com |
| 20 | | ojafri@pomlaw.com |

MOTION FOR ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES AND PLAINTIFFS' AWARDS    2

**BRAGAR EAGEL & SQUIRE P.C.**
David J. Stone (SBN 208961)
Marion C. Passmore (SBN 228474)
Melissa A. Fortunato (SBN 319767)
885 Third Avenue, Suite 3040
New York, New York 10022
Telephone: (212) 308-5858
Email: stone@bespc.com
         passmore@bespc.com
         fortunato@bespc.com

*Co-Lead Counsel for Class Plaintiffs and the Class*

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old. On April 8, 2019, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this April 8, 2019, at Los Angeles, California.

*s/Kara M. Wolke*
Kara M. Wolke