# EXHIBIT 2

| 4/8/2019 | Pomerantz LLP<br>Hours and Amount by Current Rate<br>From 1/1/1995 to 4/8/2019 | | | Page 1 of 1 |

NantKwest, Inc.

| ATTORNEY | STATUS | CURRENT RATE | HOURS | CURRENT TOTAL |
|---|---|---|---|---|
| Dahlstrom, Patrick V. | Partner | $995.00 | 215.50 | $214,422.50 |
| Dell, Jessica N. | Associate | $590.00 | 15.50 | $9,145.00 |
| Graham, Cary S. | Project Associate | $450.00 | 72.00 | $32,400.00 |
| Ludwig, Louis C. | Associate | $685.00 | 8.70 | $5,959.50 |
| Silverman, Joshua B. | Partner | $850.00 | 1,031.80 | $877,030.00 |
| Tuccillo, Matthew L. | Partner | $800.00 | 1.00 | $800.00 |
| Pafiti, Jennifer | Partner | $715.00 | 1.75 | $1,251.25 |
| Hood, Alex | Associate | $500.00 | 6.35 | $3,175.00 |
| Jafri, Omar | Associate | $625.00 | 659.50 | $412,187.50 |
| | ATTORNEY TOTAL | | 2012.10 | $1,556,370.75 |

| PARALEGAL AND LEGAL ASSISTANTS | STATUS | CURRENT RATE | HOURS | CURRENT TOTAL |
|---|---|---|---|---|
| Lo, Jack | Paralegal | $325.00 | 7.75 | $2,518.75 |
| | PARALEGAL AND LEGAL ASSISTANTS TOTAL | | 7.75 | $2,518.75 |
| | FIRM'S TOTAL | | 2019.85 | $1,558,889.50 |