# EXHIBIT 4

Robert V. Prongay (SBN 270796)
Kara M. Wolke (SBN 241521)
Vahe Mesropyan (SBN 307244)
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
E-mail: kwolke@glancylaw.com
          rprongary@glancylaw.com
          vmesropyan@glancylaw.com
*Attorneys for Class Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNIL SUDUNAGUNTA, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> NANTKWEST, INC., PATRICK SOON-SHIONG, RICHARD GOMBERG, BARRY J. SIMON, STEVE GORLIN, MICHAEL D. BLASZYK, HENRY JI, RICHARD KUSSEROW, JOHN T. POTTS, JR., ROBERT ROSEN, JOHN C. THOMAS JR., MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., CITIGROUP GLOBAL MARKETS INC., JEFFERIES LLC, PIPER JAFFRAY & CO., and MLV & CO., LLC., <br><br> Defendants. | Case No. 16-cv-01947-MWF-JEM <br><br> Consolidated with <br> 2:16-cv-3438-MWF-JEM <br><br> <u>CLASS ACTION</u> <br><br> **DECLARATION OF KARA M. WOLKE IN SUPPORT OF APPLICATION FOR AN AWARD OF ATTORNEYS' FEES FILED ON BEHALF OF GLANCY PRONGAY & MURRAY LLP** <br><br> Date:   April 29, 2019 <br> Time:   10:00 a.m. <br> Before: Hon. Michael Fitzgerald <br> Courtroom: 5A |

1

I, KARA M. WOLKE, declare as follows:

1. I am a partner at Glancy Prongay & Murray LLP ("GPM"), Court-appointed Liaison Counsel (*see* ECF No. 34) in the above-captioned action (the "Action"). I submit this declaration in support of Plaintiffs' application for an award of attorneys' fees. I have personal knowledge of the facts set forth herein and, if called upon, could and would testify thereto.

2. GPM, as Liaison Counsel, was involved in all aspects of the Action and its settlement including, among other things: conducting factual investigation in preparation of filing the Complaint and each of the four Amended Complaints; initiating filings with the Court; drafting and reviewing pleadings, including each round of Defendants' motions to dismiss and Plaintiffs' motion for class certification; attending hearings; engaging in multiple meet-and-confer processes with opposing counsel and third party subpoena recipients during discovery; reviewing voluminous documents produced by Defendants and third parties; conferring with experts on the topics of liability and damages, and participating in Settlement negotiations.

3. As detailed in the within "Lodestar Chart," GPM's total lodestar is $871,995.50:

**Lodestar Chart**

| TIMEKEEPER/CASE | STATUS | HOURS | RATE | LODESTAR |
|---|---|---|---|---|
| **ATTORNEYS:** | | | | |
| Robert Prongay | Partner | 10.50 | $750.00 | $7,875.00 |
| Kara Wolke | Partner | 274.80 | $775.00 | $212,970.00 |
| Lesley Portnoy | Partner | 26.00 | $650.00 | $16,900.00 |

2

466368.1 NANTKWEST

| Casey Sadler | Partner | 5.00 | $650.00 | $3,250.00 |
|---|---|---|---|---|
| Charles Linehan | Associate | 19.10 | $425.00 | $8,117.50 |
| Alexa Mullarky | Associate | 239.80 | $395.00 | $94,721.00 |
| Melissa Wright | Associate | 42.20 | $525.00 | $22,155.00 |
| Vahe Mesropyan | Associate | 39.80 | $425.00 | $16,915.00 |
| Mark Berns | Staff Attorney | 22.80 | $395.00 | $9,006.00 |
| Pedro R. Ariston | Staff Attorney | 1,138.40 | $395.00 | $449,668.00 |
| **TOTAL ATTORNEY** | **TOTAL** | **1,773.40** | | **$841,577.50** |
| **PARALEGALS:** | | | | |
| Harry Kharadjian | Senior Paralegal | 47.75 | $290.00 | $13,847.50 |
| Samantha Skouras | Paralegal | 14.00 | $200.00 | $2,800.00 |
| Emily Oswald | Paralegal | 11.00 | $225.00 | $2,475.00 |
| Jack Ligman | Research Analyst | 21.75 | $310.00 | $6,742.50 |
| Michaela Ligman | Research Analyst | 15.70 | $290.00 | $4,553.00 |
| **TOTAL PARALEGAL** | **TOTAL** | **113.40** | | **$30, 418.00** |
| **TOTAL LODESTAR** | **TOTAL** | **1,886.80** | | **$871,995.50** |

4. The Lodestar Chart sets forth the amount of time GPM attorneys and professional staff billed from inception of the Action through and including April 1, 2019. The lodestar calculation for those individuals is based on GPM's current billing rates.

5. The schedule was prepared from contemporaneous daily time records regularly prepared and maintained by GPM. Time expended on GPM's application for fees and reimbursement of expenses has ***not*** been included in this request. In addition, attorneys and professional staff with fewer than five (5) hours of time dedicated to the matter are not included in the lodestar report.

3

466368.1 NANTKWEST

6. The hourly rates for GPM's attorneys and professional support staff are substantially the same as rates that have been accepted by courts in other securities or shareholder litigation.

7. GPM's lodestar figures are based on its billing rates, which do not include charges for expense items. Expense items are billed separately and such charges are not duplicated in GPM's billing rates.

I declare, under penalty of perjury, that the foregoing is true and correct. Executed this 8th day of April, in Los Angeles, California.

*Kara M. Wolke*

Kara M. Wolke

466368.1 NANTKWEST