# EXHIBIT 5

**Pomerantz LLP Expenses**

| | |
|---|---|
| Clerk filing fees | $1,000.00 |
| Computer research | $3,134.78 |
| Depositions and transcripts | $5,400.93 |
| eDiscovery database | $22,435.71 |
| Expert fees | $62,542.19 |
| Investigator fees | $6,290.00 |
| Mediation expenses | $6,085.60 |
| Photocopy | $7.00 |
| Postage & overnight mail | $394.94 |
| Press releases & newswires | $1,414.65 |
| Travel, lodging & meals[1] | $32,785.99 |
| **Total:** | $141,491.79 |

---

[1] Includes estimated travel costs for attending final approval hearing.