# EXHIBIT 6

| **Bragar Eagel & Squire, P.C. Disbursements** | |
|---|---:|
| Internal Copying Costs ($.10/page B&W $.25/page Color) | $1,887.35 |
| Filing & Service Costs | $431.04 |
| Investigator Fees | $2,340.00 |
| Legal Research | $398.38 |
| Transportation, Meals, Lodging[1] | $16,730.36 |
| **Total** | **$21,787.13** |

---

[1] Includes estimated travel costs for attending final approval hearing.