# EXHIBIT 7

Robert V. Prongay (SBN 270796)
Kara M. Wolke (SBN 241521)
Vahe Mesropyan (SBN 307244)
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
E-mail: kwolke@glancylaw.com
    rprongary@glancylaw.com
    vmesropyan@glancylaw.com
*Attorneys for Class Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNIL SUDUNAGUNTA, Individually and on behalf of all others similarly situated,<br><br>               Plaintiff,<br><br>     v.<br><br>NANTKWEST, INC., PATRICK SOON-SHIONG, RICHARD GOMBERG, BARRY J. SIMON, STEVE GORLIN, MICHAEL D. BLASZYK, HENRY JI, RICHARD KUSSEROW, JOHN T. POTTS, JR., ROBERT ROSEN, JOHN C. THOMAS JR., MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., CITIGROUP GLOBAL MARKETS INC., JEFFERIES LLC, PIPER JAFFRAY & CO., and MLV & CO., LLC.,<br>               Defendants. | Case No. 16-cv-01947-MWF-JEM<br><br>Consolidated with<br>2:16-cv-3438-MWF-JEM<br><br>CLASS ACTION<br><br>**DECLARATION OF KARA M. WOLKE IN SUPPORT OF APPLICATION FOR REIMBURSEMENT OF LITIGATION EXPENSES FILED ON BEHALF OF GLANCY PRONGAY & MURRAY LLP**<br><br>Date:     April 29, 2019<br>Time:    10:00 a.m.<br>Before:  Hon. Michael Fitzgerald<br>Courtroom: 5A |

1

I, KARA M. WOLKE, declare as follows:

1. I am a partner at Glancy Prongay & Murray LLP ("GPM"), Court-appointed Liaison Counsel (*see* ECF No. 34) in the above-captioned action (the "Action"). I submit this declaration in support of Plaintiffs' application for reimbursement of litigation expenses. I have personal knowledge of the facts set forth herein and, if called upon, could and would testify thereto.

2. GPM, as Liaison Counsel, was involved in all aspects of the Action and its settlement including, among other things: conducting factual investigation in preparation of filing the Complaint and each of the four Amended Complaints; initiating filings with the Court; drafting and reviewing pleadings, including each round of Defendants' motions to dismiss and Plaintiffs' motion for class certification; attending hearings; engaging in multiple meet-and-confer processes with opposing counsel and third party subpoena recipients during discovery; reviewing voluminous documents produced by Defendants and third parties; conferring with experts on the topics of liability and damages, and participating in Settlement negotiations.

3. As detailed in the within "Expense Chart," GPM is seeking reimbursement of a total of $14,129.15 in expenses incurred in connection with prosecution of the Action. The litigation expenses incurred in the Action are reflected on the books and records of my firm. These books and records are prepared from expense vouchers, check records, and other source materials and are an accurate record of the expenses incurred.

**Expense Chart**

| ITEM | AMOUNT |
|---|---:|
| COURIER & SPECIAL POSTAGE | $117.30 |
| COURT FILING FEES | $1,331.00 |
| DOCUMENT MANAGEMENT | $653.01 |
| EXPERT CONSULTANTS | $6,360.00 |
| MEALS | $504.69 |
| ONLINE RESEARCH | $3,040.69 |
| PARKING | $117.00 |
| PHOTOIMAGING | $9.00 |
| PRESS RELEASES | $580.00 |
| SERVICE OF PROCESS | $1,245.56 |
| TRANSCRIPTS | $170.90 |
| **GRAND TOTAL** | **$14,129.15** |

I declare, under penalty of perjury, that the foregoing is true and correct. Executed this 8th day of April, in Los Angeles, California.

*Kara M. Wolke*

Kara M. Wolke

466369.1 NANTKWEST