# EXHIBIT 12

1 Robert V. Prongay (SBN 270796)
2 Kara M. Wolke (SBN 241521)
  Vahe Mesropyan (SBN 307244)
3 **GLANCY PRONGAY & MURRAY LLP**
4 1925 Century Park East, Suite 2100
  Los Angeles, California 90067
5 Telephone: (310) 201-9150
6 E-mail: kwolke@glancylaw.com
         rprongary@glancylaw.com
7        vmesropyan@glancylaw.com
8 *Attorneys for Class Plaintiffs*

9         **UNITED STATES DISTRICT COURT**
10           **CENTRAL DISTRICT OF CALIFORNIA**

11 | SUNIL SUDUNAGUNTA, Individually and on behalf of all others similarly situated, | Case No. 16-cv-01947-MWF-JEM |
|---|---|
| Plaintiff, | Consolidated with 2:16-cv-3438-MWF-JEM |
| v. | |
| NANTKWEST, INC., PATRICK SOON-SHIONG, RICHARD GOMBERG, BARRY J. SIMON, STEVE GORLIN, MICHAEL D. BLASZYK, HENRY JI, RICHARD KUSSEROW, JOHN T. POTTS, JR., ROBERT ROSEN, JOHN C. THOMAS JR., MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., CITIGROUP GLOBAL MARKETS INC., JEFFERIES LLC, PIPER JAFFRAY & CO., and MLV & CO., LLC., | CLASS ACTION |
| | **DECLARATION OF BRAYTON LI IN SUPPORT OF: PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT, CLASS CERTIFICATION, AND THE PLAN OF ALLOCATION; AND MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION AN PLAINTIFFS' AWARD** |
| Defendants. | Date:    April 29, 2019<br>Time:    10:00 a.m.<br>Before:  Hon. Michael Fitzgerald<br>Courtroom: 5A |

1

I, Brayton Li, hereby declare as follows:

1. I am one of the Court-appointed Class Representatives in the above-captioned action (the "Action"). I submit this declaration in support of: (i) Lead Plaintiff's motion for final approval of the proposed Settlement and approval of the proposed Plan of Allocation; and (ii) Lead Counsel's motion for an award of attorneys' fees and reimbursement of litigation expenses, including request of an award in the amount of $7500 to me in for my representation of the Class in this Action. I have personal knowledge of the matters set forth in this Declaration, and I could and would testify competently to these matters.

2. I have been involved in the Action since I moved to serve as Lead Plaintiff on May 23, 2016. On June 14, 2016, the Court appointed me to serve as one of the Lead Plaintiffs. On August 13, 2018, the Court certified the Class and appointed me to serve as a Class Representative.

3. I am a Partner in FIRM Advisors, LLC. Through this firm, I provide consulting services in the areas of capital market risk management, asset-liability management, hedging and derivatives management, mortgage and fixed income analytics, strategic and tactical asset allocation and investment strategy, liability driven investment, stress testing and scenario analysis, data, analytics and system process integration, and Dodd-Frank impacts on financial institutions as related to CFTC regulated derivatives operations and collateral optimization.

4. In fulfillment of my responsibilities as Lead Plaintiff and Class Representative in this Action, I have worked with Plaintiffs' Counsel regarding all aspects of the litigation and resolution of this case. I have been in regular contact

with Plaintiffs' Counsel to monitor and contribute to the successful prosecution of this Action, and I received regular status reports from Plaintiffs' Counsel on case developments. I always made myself available to Plaintiffs' Counsel. The various tasks I have performed include, but are not limited to:

    a.    participating in the preparation of the motion and supporting documents to request my appointment as Lead Plaintiff;

    b.    reviewing each of the four amended complaints filed;

    c.    reviewing Defendants' motions to dismiss;

    d.    consulting with counsel regarding discovery, providing information for written discovery responses, and producing documents to fulfill my discovery obligations;

    e.    preparing for my deposition to be taken in connection with Plaintiffs' motion for class certification, including meeting with counsel;

    f.    sitting for my deposition on April 27, 2018 (and traveling from my home in Virginia to the place of the deposition in Washington, D.C.);

    g.    discussing mediation with Plaintiffs' counsel;

    h.    discussing the proposed settlement with Plaintiffs' Counsel, including evaluating the Settlement Amount, conferring with counsel, and ultimately approving of the Settlement; and

    i.    reviewing the Court's Order Preliminarily Approving the Settlement and discussing issues relevant to the final approval process, including counsel's request for attorneys' fees and expenses, with Plaintiffs' Counsel.

5. I have done my best to promote the interests of the Class and to obtain the best recovery possible under the circumstances. Based on my involvement throughout the prosecution and resolution of the claims asserted in the Action, I believe that the Settlement provides a fair, reasonable, and adequate recovery for the Settlement Class, particularly in light of the risks of continued litigation.

6. I understand that reimbursement of a Lead Plaintiff's reasonable costs and expenses is authorized under the PSLRA, including lost wages. I estimate that I have spent approximately 30 hours in performing all of the work I have in this Action for the direct benefit of the Class, as recounted in paragraph 5, above. If I had otherwise devoted that time to my business activities, I estimate the value of the time that I had dedicated to this Action to be well in excess of $7,500.

7. While I understand that the ultimate determination of Plaintiffs' Counsel's request for an award of attorneys' fees and litigation expenses rests with the Court, I note that Plaintiffs' Counsel's requested fee of 25% of the Gross Settlement Fund on behalf of Plaintiffs' Counsel is consistent with the retainer agreement between myself and Pomerantz LLP, and I believe that amount to be is fair and reasonable in light of the work performed on behalf of the Class.

8. In conclusion, I endorse the Settlement as fair, reasonable, and adequate, and I believe that the Settlement represents a significant recovery for the Settlement Class. Accordingly, I respectfully request that the Court approve: (a) Lead Plaintiffs' motion for final approval of the proposed Settlement, certification of the Settlement Class, and approval of the Plan of Allocation; and (b) Lead

1  Plaintiffs' motion for an award of attorneys' fees, reimbursement of litigation
2  expenses, and Plaintiffs' awards.

   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge. Executed this __5th__ day of April, 2019.

   _____  April 5, 2019
   Brayton Li

5