UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  **CV 16-1947-MWF(JEMx)**                                        Dated: **April 29, 2019**

Title:    Sunil Sudungunta -v- Nantkwest, Inc., et al.

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, UNITED STATES DISTRICT JUDGE

| Rita Sanchez | Amy Diaz |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:         ATTORNEYS PRESENT FOR DEFENDANTS:

Joshua B. Silverman                                        Boris Feldman
Kara M. Wolke                                               James C. Rutten
Melissa A. Fortunato
Vahe Mesropyan

**PROCEEDINGS:**   **FINAL APPROVAL HEARING [180]; PLAINTIFFS' MOTION FOR ATTORNEYS' FEES [182]**

The Courtroom Deputy Clerk distributes the Court's tentative ruling prior to the case being called.

Case called, and counsel state their appearances. The Court hears oral argument from counsel, and takes the matter under submission. An order will issue.

Initials of Deputy Clerk  rs
-1-                              :02 min