UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Date: September 24, 2019

Case No.   **CV 16-1947 MWF (JEMx)**

Title      **Sunil Sudunagunta v. Nantkwest, Inc., et al.**

Case No.   **CV 16-3438 MWF (JEMx)**

Title      **John Steven Forsythe v. Nantkwest, Inc., et al.**

Case No.   **CV 16-6697 MWF (JEMx)**

Title      **Michael Hare, et al. v. Nantkwest, Inc., et al.**

Case No.   **CV 16-6700 MWF (JEMx)**

Title      **Kenneth Frye v. Nantkwest, Inc., et al.**

Case No.   **CV 16-6703 MWF (JEMx)**

Title      **Justin T. Wagner v. Nantkwest, Inc., et al.**

Case No.   **CV 16-6705 MWF (JEMx)**

Title      **Craig Wiencek v. Nantkwest, Inc., et al.**

Present: The Honorable:    MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER CLOSING CONSOLIDATED CASES**

On June 3, 2016, pursuant to a stipulation between the parties, the Court issued an Order Re Consolidation of Related Actions ("First Consolidation Order") which consolidated Case Nos. CV 16-1647 and CV 16-3438.  (Docket No. 33 in CV 19-1647; Docket No. 9 in CV 16-3438).

---

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Date: September 24, 2019

Case No.    **CV 16-1947 MWF (JEMx)**

Title    **Sunil Sudunagunta v. Nantkwest, Inc., et al.**

Case No.    **CV 16-3438 MWF (JEMx)**

Title    **John Steven Forsythe v. Nantkwest, Inc., et al.**

Case No.    **CV 16-6697 MWF (JEMx)**

Title    **Michael Hare, et al. v. Nantkwest, Inc., et al.**

Case No.    **CV 16-6700 MWF (JEMx)**

Title    **Kenneth Frye v. Nantkwest, Inc., et al.**

Case No.    **CV 16-6703 MWF (JEMx)**

Title    **Justin T. Wagner v. Nantkwest, Inc., et al.**

Case No.    **CV 16-6705 MWF (JEMx)**

Title    **Craig Wiencek v. Nantkwest, Inc., et al.**

On October 11, 2016, the Court granted Defendants' Motion to Consolidate Related Cases ("Second Consolidation Order"), which consolidated Case Nos. CV 16-6697, CV 16-6700, CV 16-6703 and CV 16-6705 with CV 16-1947.  (Docket No. 76 in CV 16-1947; Docket No. 13 in CV 16-6697; Docket No. 11 in CV 16-6700; Docket No. 13 in CV 16-6703; and Docket No. 13 in CV 16-6705).

Due to inadvertence, neither the First Consolidation Order or the Second Consolidation Order contained language to close the consolidated cases.  No party filed any documents in any of the consolidated cases after the consolidation Orders were issued.  The lead case, CV 16-1947, was closed on May 13, 2019.

The Court now **ORDERS** the Clerk of Court to close CV 16, 3438, CV 16-6697, CV 16-6700, CV 16-6703, and CV 16-6705.

Initials of Preparer:  RS/sjm

---